NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETTADOZ ENTERPRISES,**
*Appellant,*

**v.**

**CINTRON BEVERAGE GROUP, LLC,**
*Appellee.*

---

2014-1210

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board, in Opposition Nos. 91200692 and 91200807.

---

**JUDGMENT**

---

CHRISTOPHER J. FALKOWSKI, Falkowski PLLC, of Novi, Michigan, argued for appellant.

FRANK A. REINO, Fisher Zucker, LLC, of Philadelphia, Pennsylvania, argued for appellee. On the brief was JEFFREY ZUCKER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, MAYER, and LINN, *Circuit Judges*).
**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 16, 2014                /s/  Daniel  E.  O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk of Court